EARLE G. BENN, Respondent, v. BALTIMORE & OHIO RAILROAD COMPANY, Appellant.— Memorandum: While it is the duty of counsel to be present or represented in court at the time his case is reached for trial, nevertheless it appears under the circumstances

here that the defendant's attorney was actually engaged in trial in another court and did not intentionally default in appearance. All concur. (Appeal from an order of Erie County Court denying defendant's motion to vacate a default judgment.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.